PER CURIAM.
AFFIRMED. See Hernandez v. State, 61 So.3d 1144 (Fla. 3d DCA 2011) (holding that Padilla v. Kentucky, — U.S. —, 130 S.Ct. 1473, 176 L.Ed.2d 284 (2010), does not apply retroactively to defendants whose convictions were already final when that case was decided), rev. granted, 81 So.3d 414 (Fla.2012); Barrios-Cruz v. State, 63 So.3d 868 (Fla. 2d DCA 2011) (same); State v. Shaikh, 65 So.3d 539 (Fla. 5th DCA 2011) (same).
THOMAS, WETHERELL, and MARSTILLER, JJ., concur.